UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1970
(7:23-cv-00346-EKD-CKM)
_____

JOSEPH N. STANLEY

    Plaintiff - Appellant

v.

CHRISTOPHER T. BOCOCK, individually and in his official capacity as a Police Officer of the Virginia State Police

    Defendant - Appellee

_____

O R D E R
_____

Upon consideration of appellant's unopposed motion to continue oral argument, the court grants the motion. The case shall be scheduled at the next available session.

For the Court

/s/ Nwamaka Anowi, Clerk